UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NATURAL RESOURCES DEFENSE COUNCIL INC.,   :
:
Plaintiff,   :
:                           20-CV-10140 (JPC)
-v-   :
:                           ORDER
U.S. DEPARTMENT OF THE INTERIOR,   :
:
Defendant.   :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this order** and not to exceed three pages, providing (1) a brief description of the materials sought by Plaintiff, the basis for seeking the materials, and the status of any productions already made; (2) a brief description of any claim exemptions from production by Defendant; (3) an anticipated timeline for production of further materials; and (4) whether there is any need for discovery or an initial conference in this case.  If there is no such need for discovery or an initial conference, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: January 25, 2021
       New York, New York                    _____
                                             JOHN P. CRONAN
                                             United States District Judge